UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARK MAYES,

      Plaintiff,

 v.

INTERNATIONAL MARKETS LIVE, et al.,

      Defendants.

Case No. C22-1269-TL

MINUTE ORDER

  The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

  Plaintiff's application to proceed *in forma pauperis* (IFP), Dkt. 1, is deficient. Plaintiff indicates he is employed, but receives no salary, took in $50.00 total from other sources of income over the past twelve months, and has $207.00 in his possession. He states he is a student who relies on financial aid to pay his expenses, along with low income housing, and that his monthly expenses include $1,650.00 for rent and $300.00 for utilities. Plaintiff signed, but did not date the IFP portion of the form and failed to either sign or date the Written Consent for Payment of Costs portion of the form. *Id*.

  Plaintiff must submit a revised, signed and dated IFP application/Written Consent for Payment of Costs within **twenty (20) days** of the date of this Order. He must provide complete

MINUTE ORDER - 1

and detailed financial information, including any income, financial aid, or other resources he receives, and must explain how he is able to his all of his basic monthly expenses, including, but not limited to, food and shelter.  Failure to comply may result in denial of IFP and/or dismissal.

Dated this 12th day of September, 2022.

Ravi Subramanian
Clerk of Court

By: Stefanie Prather
Deputy Clerk

MINUTE ORDER - 2