UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK MAYES,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>INTERNATIONAL MARKETS LIVE et al,<br><br>　　　　　　Defendant. | CASE NO. 2:22-cv-01269-TL<br><br>ORDER FOR BRIEFING |

　　The Court ORDERS the Parties to brief whether the case should be stayed pending the outcome of arbitration by filing a joint status report by **no later than November 16, 2023**, that addresses: (1) the resources available to the Parties to maintain active litigation in multiple forums simultaneously, (2) any prejudice that could be caused by the grant of a stay, and (3) any prejudice that could be caused by not entering a stay at this time. The Parties must coordinate on the filing to detail any points on which they agree and clearly indicate any areas of disagreement along with factual reasons and legal authorities in support of their respective positions.

　　Dated this 2nd day of November 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Tana Lin
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER FOR BRIEFING - 1