UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK MAYES,<br><br>                Plaintiff,<br>   v.<br><br>INTERNATIONAL MARKETS LIVE et al,<br><br>                Defendants. | CASE NO. 2:22-cv-01269-TL<br><br>ORDER ENTERING STAY |

Pursuant to the Parties' Joint Status Report filed November 16, 2023 (Dkt. No. 82), this case is STAYED pending the outcome of arbitration of Plaintiff Mark Mayes' claims from the time period spanning October 18, 2021, until August 2022. The Parties have represented their preference to avoid litigating simultaneously in multiple forums and that no prejudice would be caused by such a stay. *Id.*

During the stay and as previously directed (*see* Dkt. No. 80), the Parties are DIRECTED to a provide joint status report **every ninety (90) days hereafter** informing the Court of the status of Mr. Mayes' claims against Defendants for the time period Mr. Mayes subscribed to IML

between October 18, 2021, until August 2022. The Parties are further DIRECTED to file a joint status report informing the Court of the following developments **within seven (7) days of their occurrence**:

    (i)    if the claims sent to arbitration are resolved;

    (ii)    if the Parties reach a settlement on any claims; or

    (iii)    if there is any other significant change in the status of this case.

Dated this 16th day of November 2023.

Tana Lin
United States District Judge